UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARRY FRANK ROBINSON,

        Plaintiff,

   v.

KELLIE McINTYRE,

        Defendant.

CASE NO.   C06-1460-RSL

ORDER DISMISSING
CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's complaint, defendant McIntyre's motion to dismiss, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendant McIntyre's motion to dismiss plaintiff's complaint (Dkt. No. 14) is GRANTED.

(3)    Plaintiff's complaint (Dkt. No. 6), and this action, are DISMISSED without prejudice.

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

1    (4)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2          defendant, and to the Honorable Monica J. Benton

3    DATED this 26th day of July, 2007.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2